

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00091-CV

| | | |
|---|---|---|
| Consultants in Radiology, P.A., Jason W. Skiles, D.O., David W. Simonak, D.O., and Fossil Creek Family Medical Center, P.A. | § | From the 141st District Court |
| | § | of Tarrant County (141-268032-13) |
| v. | | |
| | § | June 26, 2014 |
| S.K. and C.K., Individually, and on behalf of J.K., A.K., and R.K., Minor Children | | |
| | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellants Consultants in Radiology, P.A., Jason W. Skiles, D.O., David W. Simonak, D.O., and Fossil Creek Family Medical Center, P.A. shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot